UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

|  |  |
|---|---|
| | Date of Arrest: November 6, 2016 |
| UNITED STATES OF AMERICA ) | Magistrate's Case No. 16-1899MJ |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | 21 U.S.C. § 841, Possession of a |
| Vs. ) | Controlled Substance with Intent |
| ) | to Distribute |
| Merardo CEBREROS Jr., ) | Counts One |
| Defendant. ) | |
| YOB: 1997 ) | |
| U.S. Citizen ) | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about November 6, 2016, at or near Dome Valley, Arizona, within the District of Arizona, the defendant, Merardo CEBREROS Jr., did knowingly and intentionally possess with intent to distribute, a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA John Ballos

*reviewed AUSA John Ballos*

*USBP*

_____
Victor Valentin
Special Agent - Homeland Security Investigations

Sworn to before me and subscribed in my presence, November 7, 2016 at Yuma, Arizona.

_____
James F. Metcalf
United States Magistrate Judge

US v. CEBREROS

UNITED STATES OF AMERICA
vs.

Merardo CEBREROS, Jr.

**STATEMENT OF FACTS**

I, Victor Valentin, being duly sworn, do state the following:

Located within the area of operations of United States Border Patrol, Yuma Sector, Wellton Station, Dome Valley, near the cities of Yuma and Wellton, in Yuma County, Arizona, within the District of Arizona, is a rural agricultural area, located approximately 10 miles north of the fixed Immigration Checkpoint on mile post 17 along Interstate 8 (I-8). I-8 runs east and west, and the checkpoint at mile post 17 is positioned between Yuma to the west and Wellton to the east. The area is generally flat, undeveloped, and dusty; consistent with terrain used almost exclusively for agricultural purposes. In the collective experience of Wellton Border Patrol Station Border Patrol Agents (BPAs) working the Dome Valley area, almost all vehicle traffic there is related to agriculture and farming; it is generally not typical for non-agricultural or non-local traffic to travel in the area, as it only connects Highway 95 to Wellton to the east.

Years of collective Wellton Border Patrol Station experience confirms that smugglers of aliens and narcotics have long utilized Dome Valley in an effort to circumvent the aforementioned immigration checkpoint at mile post 17 along I-8, often in the following manner; vehicles attempting to circumvent the checkpoint generally gain access to Dome Valley via Highway 95 to the west, and then travel eastbound, until arriving at Old Highway 80. From Old Highway 80, smugglers can then access I-8 at a point past the checkpoint (i.e., east of the checkpoint). From there, smugglers can then continue their travels with limited risk of interference from law enforcement, until reaching the outskirts of the Phoenix, Arizona metropolitan area, where they can continue to either the city of Phoenix itself (or its suburbs), or onward to southern California,

via Interstate 10. In recent months, smuggling activity in Dome Valley has significantly increased, and Border Patrol presence in the area has increased accordingly.

On November 6, 2015, Wellton Border Patrol agents assigned to the Dome Valley area, observed a 2003 blue Chevrolet Impala bearing Arizona license plate BWM5696, entering Dome Valley via Highway 95. The driver of the vehicle, who was later identified as Merardo CEBREROS, Jr. (CEBREROS), was driving erratically and at a high rate of speed. The Agents followed the vehicle as it traveled through the Dome Valley area. Agents also ran record checks on the abovementioned license plate. Record checks revealed current registration belonged to CEBREROS, and that it had a positive border crossing on November 4, 2016. Agents continued to follow and observed as the vehicle entered Interstate 8 at mile marker 20 and drove eastbound. Agents followed the vehicle and stopped it on Interstate 8 at approximately mile maker 22.

During the traffic stop, a Border Patrol Agent approached the passenger side of the vehicle and noticed a strong odor of marijuana emanating from the vehicle as the passenger rolled down the window. The agent asked CEBREROS and the passenger, Arelia SARABIA (SARABIA), if they were smoking and they both stated they had not. At approximately two minutes after the traffic stop, a Border Patrol K-9 agent arrived on scene. The K-9 agent conducted a canine sniff with his assigned canine "Dag" (NCF 150186). Dag alerted to the floorboards of the front driver and passenger side of the vehicle. While looking under the front passenger seat, agents saw a small screw holding a piece of the floorboard down. Agents removed the screw and were able to see what appeared to be the edge of a plastic vacuumed sealed bag. These bags are commonly used to seal narcotics.

To properly search the vehicle, the vehicle was towed to the checkpoint located westbound at mile marker 17. Both CEBREROS and SARABIA were also transported to the checkpoint. A subsequent inspection of the vehicle at the checkpoint resulted in the discovery of 12 vacuum sealed packages of a white powdery substance concealed within non-factory compartments under both front seats. The contents of one such package were field-tested, yielding the

presence and characteristics of cocaine. The total amount of all packages was 13.3 kilograms (29.35 lbs). Homeland Security Investigations (HSI) Special Agents were notified and responded to the checkpoint. Both CEBREROS and SARABIA were turned over to HSI Special Agents for questioning.

During a post-Miranda interview with HSI Special Agents, CEBREROS admitted he had knowledge that his vehicle was loaded with narcotics, but stated that he thought it was 12 kilograms of methamphetamine. CEBREROS further admitted that he was instructed to drive his vehicle to the Phoenix, Arizona area. At Phoenix, CEBREROS stated his employer was going to call him to give him further instructions for the delivery of the narcotics. CEBREROS admitted that his employer was going to pay him $4,000.00 dollars after successfully completing the delivery of the narcotics.

SARABIA was released without incident.

Based on the foregoing, there is probable cause to believe that CEBREROS committed the offenses as alleged in the Complaint.

Victor Valentin
Special Agent - Homeland Security Investigations

Sworn to before me and subscribed in my presence, November 7, 2016, at Yuma, Arizona.

James F. Metcalf
United States Magistrate Judge